B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Lucky Chase II, LLC**

                                      Debtor

Case No.  **09-18087-BKC-RAM**

Chapter        **11**

## SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 30,600,000.00 | | |
| B - Personal Property | Yes | 3 | 1,585,166.77 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 2 | | 29,404,668.16 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 1 | | 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 7 | | 993,922.52 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 16 | | | |
| Total Assets | | | 32,185,166.77 | | |
| Total Liabilities | | | | 30,398,590.68 | |

B6A (Official Form 6A) (12/07)

In re   **Lucky Chase II, LLC**                                      Case No.   **09-18087-BKC-RAM**
_____,
                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **335 condominium units located at 13841 Southwest 90th Avenue, Miami, FL** | **Fee simple** | - | 30,600,000.00 | 28,209,824.64 |

|  |  |  |
|---|---|---|
| Sub-Total > | **30,600,000.00** | (Total of this page) |
| Total > | **30,600,000.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07)

In re    **Lucky Chase II, LLC**                                                              Case No.   **09-18087-BKC-RAM**
                                                                   Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **Checking account at AmTrust Bank** **Last four digits of account number: 1359** **Account was frozen by AmTrust Bank on 11/19/08** | - | 249,894.44 |
| | | **National City Bank** **Last four digits of account number:  4390** | - | 11,906.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | 261,800.44 |

  **2**    continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Lucky Chase II, LLC**                                                          Case No.    **09-18087-BKC-RAM**
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | | **Final Judgment entered in favor of Lucky Chase II, LLC and against Antonio Rufino Valdez dated 11/19/08, in the case captioned Antonio Rufino Valdez v. Lucky Chase II, LLC; Case No. 08-5623-SP-26 04, in the County Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida** | - | 2,705.00 |
| | | **See attached Exhibit B-18** | - | 1,072,245.12 |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| | | | Sub-Total > (Total of this page) | 1,074,950.12 |

Sheet  __1__  of  __2__   continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re     **Lucky Chase II, LLC**                                                                                     Case No.   **09-18087-BKC-RAM**
                                                      Debtor

## SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | **Counterclaim against AmTrust Bank filed in AmTrust Bank v. Lucky Chase II, LLC, et al. ; Case No. 08-62495 CA 13, pending in the Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida** | - | **Unknown** |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | **See attached Exhibit B-28** | - | **248,416.21** |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  |  |
|---|---|
| Sub-Total > (Total of this page) | **248,416.21** |
| Total > | **1,585,166.77** |

(Report also on Summary of Schedules)

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                     Best Case Bankruptcy

**Lucky Chase II LLC**
**Schedule B - 18**

| Account: | Company | Mailing Address | Physical Address | Balance |
|---|---|---|---|---|
| Loan to Deaktor Inc. | Deaktor Development, Inc. | PO Box 90160 Pittsburgh, PA 15224 | 1502 Teal Trace Pittsburgh, PA 15237 | $ 317,122.45 |
| Loan to Jacaranda | Lucky Chase, LLC | PO Box 90160 Pittsburgh, PA 15224 | | 412,592.90 |
| Loan to Biscayne | SD Biscayne Properties, LLC | PO Box 90160 Pittsburgh, PA 15224 | 15600 SW 104th Ter Miami, FL 33196-3514 | 20,588.77 |
| Loan from Deaktor Marble/Design | Deaktor Marble & Design, LLC | PO Box 90160 Pittsburgh, PA 15224 | 1231 Penn Avenue Pittsburgh, PA 15222 | 38,145.69 |
| Loan to Windsor at Pembroke Cay | Windsor at Pembroke Cay II, LLC | PO Box 90160 Pittsburgh, PA 15224 | 11100 SW 60th Street Pembroke Pines, FL 33025 | 200,128.37 |
| Loan to Deaktor Mt. Lebanon | Deaktor Development Mt. Lebanon, LLC | PO Box 90160 Pittsburgh, PA 15224 | 1502 Teal Trace Pittsburgh, PA 15237 | 14,000.00 |
| Loan to Bloomfield Laundromat | Bloomfield Laundromat, LLC | 1000 Johnanna Drive Pittsburgh, PA 15237 | | 3,500.00 |
| Loan to Briarwood Condo Assoc | Residence of the Falls Condominium Association, Inc. | 13888 S.W. 90th Avenue Miami, FL 33176 | | 66,166.94 |

EXHIBIT

B 18

| Description | Count | Estimated Value |
|---|---|---|
| Carpet | n/a | $ 76,748.57 |
| Appliances | n/a | 48,130.68 |
| Clubhouse Furnishings | n/a | 31,815.60 |
| Computer Equipment/Software | n/a | 26,828.83 |
| Fire / Life Safety | n/a | 25,082.45 |
| Paving/Sealcoating | n/a | 17,721.94 |
| Flooring | n/a | 8,025.71 |
| Fitness Equipment | n/a | 6,532.90 |
| Cabinets | n/a | 5,907.31 |
| Equipment | n/a | 1,622.22 |
| **Total** | | **$ 248,416.21** |

## Schedule of Equipment

| Office Equipment | Count |
|---|---|
| Computers | 8 |
| Fax Machine | 1 |
| Telephones | 7 |
| Leasing Desks | 5 |
| Chairs For Desk | 10 |
| Microwave | 1 |
| Refrigerator | 1 |
| Lobby Tables | 3 |
| Chairs | 12 |
| Bar | 1 |
| Bar Stools | 4 |
| Sofa | 1 |
| Arm Chairs | 3 |
| Wood File Cabinets | 4 |
| Metal File Cabinets | 14 |
| Lamps | 2 |
| Granite Counter | 1 |
| Kitchen Cabinets | 1 |
| 4 Ton Air Handler | 2 |
| 4 Ton Condenser | 2 |
| 2 Ton System | 1 |
| 50 Gal Water Heater | 1 |
| Golf Carts | 3 |

**EXHIBIT**

B-28

B6D (Official Form 6D) (12/07)

In re    **Lucky Chase II, LLC**                   ,      Case No.   **09-18087-BKC-RAM**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐    Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
| | | H W | J C | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AmTrust Bank f/k/a Ohio Savings Bank** <br> **1801 East Ninth Street** <br> **Suite 200** <br> **Cleveland, OH 44114** | X | - | | **Mortgage on real property located at 13841 S.W. 90th Avenue, Miami, FL** <br><br><br> Value $     **30,600,000.00** | | | | 28,209,824.64 | 0.00 |
| Account No. <br><br> **Atlantic Southern Paving and Sealcoating, Inc.** <br> **P.O. Box 15591** <br> **Fort Lauderdale, FL 33318** | | - | | **Claim of Lien on real property located at 13841 SW 90th Avenue, Miami, FL** <br><br> **Lien recorded on March 25, 2008 against property located at 13841 SW 90th Avenue, Miami, FL** <br> Value $     **30,600,000.00** | | | X | 34,503.50 | 0.00 |
| Account No. <br><br> **Bercow Radell, P.A. f/ka Bercow Radell & Fernandez, P.A.** <br> **200 S. Biscayne Boulevard** <br> **Suite 850** <br> **Miami, FL 33131** | | - | | **Legal services/recorded final judgment against property located at 13841 SW 90th Avenue, Miami, FL** <br><br><br> Value $     **30,600,000.00** | | | | 4,453.86 | 0.00 |
| Account No. <br><br> **House of Floors of Palm Beach, Inc.** <br> **1081 Holland Drive** <br> **Boca Raton, FL 33487** | | - | | **Claim of Lien on real property located at 13841 S.W. 90th Avenue, Miami, FL** <br><br> **Carpet cleaning services** <br> **Liens recorded against 53 units** <br> Value $     **4,840,437.53** | | | X | 51,386.16 | 0.00 |

   **1**    continuation sheets attached

| | Subtotal (Total of this page) | 28,300,168.16 | 0.00 |
|---|---|---|---|

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6D (Official Form 6D) (12/07) - Cont.

In re **Lucky Chase II, LLC**  Case No. **09-18087-BKC-RAM**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Real property taxes owed for 2008 | | | | | |
| Miami Dade County Tax Collector 140 West Flagler Street Miami, FL 33130-1575 | - | | | | 13841 SW 90th Avenue, Miami, FL | | | | | |
| | | | | | Value $ 30,600,000.00 | | | | 1,100,000.00 | 0.00 |
| Account No. | | | | | Mechanic's lien on 3 units | | | | | |
| Paul Bange Roofing 7000 SW 21st Place Fort Lauderdale, FL 33317 | - | | | | 13841 SW 90th Avenue, Miami, FL | | | X | | |
| | | | | | Value $ 273,987.00 | | | | 4,500.00 | 0.00 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| | | | | | Value $ | | | | | |

Sheet <u>1</u> of <u>1</u> continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 1,104,500.00 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 29,404,668.16 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037    Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Lucky Chase II, LLC**                                                    Case No.   **09-18087-BKC-RAM**
                                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

■ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☐ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                                          **0**    continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07)

In re    **Lucky Chase II, LLC**
_____,
                    Debtor

Case No.  **09-18087-BKC-RAM**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>A 1 Fire Equipment<br>3619 NW 2nd Avenue<br>Miami, FL 33127 | - | | Correction of fire code violation | | | | 6,581.58 |
| Account No. 019-4738912-001<br><br>Aguaman/Pure Water<br>P.O. Box 644006<br>Cincinnati, OH 45264 | - | | Vendor | | | | 10.00 |
| Account No. 786-242-5557-390<br><br>Alpat Company, Inc.<br>P.O. Box 1689<br>Slidell, LA 70459-1689 | - | | Vendor<br>Account No. 7862425557390 - $1,404.92<br>Account No. 7865733137210 - $1,461.95<br>Account No. 7862426123186 - $1,510.21<br>Account No. 3052549459001 - $1,493.25<br>Account No. 3052359157039 - $725.67 | | | X | 6,596.00 |
| Account No. 232-3919 001 0442<br><br>AT&T<br>P.O. Box 105262<br>Atlanta, GA 30348-5262 | - | | Telephone services | | | | 592.81 |

| | | |
|---|---|---|
| __6__  continuation sheets attached | Subtotal<br>(Total of this page) | 13,780.39 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucky Chase II, LLC**                                                                              Case No.   **09-18087-BKC-RAM**
_____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **Audio Images International, Inc.** <br> **P.O. Box 550819** <br> **Jacksonville, FL 32255-0819** | | - | **Answering service** <br> **Account No. 05102323919 - $1,220.00** <br> **Account No.99102511767 - $222.00** | | | X | 1,440.00 |
| Account No. <br><br> **Barrain, Christian H.** <br> **9920 S.W. 88th Street** <br> **Apt. J-105** <br> **Miami, FL 33176-1703** | | - | **Final Judgment entered against Lucky Chase II, LLC dated October 15, 2008** | | | | 955.00 |
| Account No. <br><br> **Brewer, Cherie** <br> **1200 S.W. 69th Court** <br> **Pine Crest, FL 33156** | | - | **Personal injury claim** | | X | X | Unknown |
| Account No. <br><br> **Bright Floor International** <br> **13864 SW 156 Street** <br> **Miami, FL 33177** | | - | **Floor cleaning services** | | | X | 732.95 |
| Account No. <br><br> **Cisco, Inc.** <br> **1702 Townhurst Drive** <br> **Houston, TX 77043** | | - | **Collection Agency for AT&T** <br> **Account No. 805344829 - $746.75** <br> **Account No.  805354429 - $752.73** | | | X | 1,499.48 |

Sheet no. __1__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                    4,627.43

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re __Lucky Chase II, LLC_____,  Case No. __09-18087-BKC-RAM__
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
| **Account No.** | | | | Property management services | | | | |
| Development Consultants, Inc. d/b/a DCI Association Services 2035 Harding Street, Suite 200 Hollywood, FL 33020 | | - | | | | | X | 48,309.25 |
| **Account No. 8639.019** | | | | Legal services | | | | |
| Fieldstone Lester Shear & Denberg, LLP Attn. Paul Lester, Esq. Suntrust Plaza 201 Alhambra Circle, Suite 601 Coral Gables, FL 33134 | | - | | | | | | 2,000.00 |
| **Account No. 7862934782415** | | | | Collection Agency for AT&T | | | | |
| Financial Asset Management Systems P.O. Box 451409 Atlanta, GA 31145-9409 | | - | | | | | X | 773.13 |
| **Account No. FA9050** | | | | Collection agency for Rate Long Distance, LLC | | | | |
| First Federal Credit Control, Inc. 24700 Chagrin Blvd., Suite 205 Cleveland, OH 44122-5662 | | - | | | | | | 69.26 |
| **Account No.** | | | | Carpet cleaning services | | | | |
| First Response Carpet Cleaning 1051 S.W. 79th Court Miami, FL 33144 | | - | | | | | X | 19,579.66 |

Sheet no. __2__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  | 70,731.30

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucky Chase II, LLC**                                          Case No.   **09-18087-BKC-RAM**
_____
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | | |
| Account No. 5021450 | | | | | | Insurance premiums | | | | |
| Flatiron Capital 950 17th Street, Suite 1300 Denver, CO 80202 | | - | | | | | | | | 26,651.15 |
| Account No. | | | | | | Advertising | | | | |
| For Rent Magazine 75 Remittance Drive, #1705 Chicago, IL 60675-1705 | | - | | | | | | | X | 5,652.41 |
| Account No. 98567-48364 | | | | | | Utilities | | | | |
| FPL General Mail Facility Miami, FL 33188-0001 | | - | | | | | | | | 2,686.12 |
| Account No. 5975361 | | | | | | Supplies | | | | |
| HD Supply Facilities Maintenance P.O. Box 509058 San Diego, CA 92150-9058 | | - | | | | | | | X | 21,872.09 |
| Account No. 80309 | | | | | | Supplies | | | | |
| HD Supply Facilities Maintenance c/o Louis B. Swartz, Esq. Swartz, Lovejoy & Associates, LLP 429 Fourth Avenue Pittsburgh, PA 15219 | | - | | | | | | | | 5,135.27 |

Sheet no. __3__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **61,997.04**

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucky Chase II, LLC**                                                   Case No.   **09-18087-BKC-RAM**
_____,
                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.<br><br>Lowenhaupt & Sawyers<br>Attn.: Kenneth Lowenhaupt, Esq.<br>Galloway Professional Park<br>7765 S.W. 87th Avenue, Ste. 201<br>Miami, FL 33173 | | - | | Legal services | | | | 805.00 |
| Account No.<br><br>Luke Brothers, Inc.<br>5532 Auld Lane<br>Holiday, FL 34690 | | - | | Landscaping services | | | X | 16,600.00 |
| Account No.<br><br>Moody Plumbing, Inc.<br>4100 N.W. 120th Avenue<br>Coral Springs, FL 33065 | | - | | Plumbing services | | | X | 26,892.86 |
| Account No.<br><br>Ortiz, Gabriela E.<br>13903 S.W. 90th Avenue, Apt. E-116<br>Miami, FL 33176 | X | - | | Lawsuit filed in the County Court in and for Miami-Dade County; Case No. 09-3217 SP-26 (04) with respect to Homeowners Association incentives | | | | 5,000.00 |
| Account No.<br><br>Residences at the Falls Condominum Association, Inc.<br>13888 S.W. 90th Avenue<br>Miami, FL 33176 | | - | | Obligation of Lucky Chase II, LLC pursuant to that certain Declaration of Condominium of Briarwood at the Falls, a Condominium | | | | 638,663.84 |

Sheet no. __4__ of __6__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

687,961.70

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Lucky Chase II, LLC**                                    Case No.   **09-18087-BKC-RAM**
_____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 317078 <br><br> Royal Office Products, Inc. <br> 7060 State Road 84 <br> Suite 10 <br> Davie, FL 33317 | - | | Office supplies | | | | 1,036.86 |
| Account No. <br><br> Sachs Sax Caplan, P.L. <br> Attn Spencer Sax, Esq. <br> 6111 Broken Sound Parkway <br> Suite 200 <br> Boca Raton, FL 33487 | - | | Legal services | | | | 10,140.79 |
| Account No. 3052511767 <br><br> South Florida Appliance <br> 1890 West 4th Avenue <br> Hialeah, FL 33010 | - | | Appliances | | | X | 8,590.79 |
| Account No. <br><br> Southern Painting <br> 10172 N.W. 47th Street <br> Fort Lauderdale, FL 33351 | - | | Painting services | | | X | 15,907.00 |
| Account No. <br><br> Sun Sentinel <br> P.O. Box 804866 <br> Chicago, IL 60680-4110 | - | | Advertising services | | | X | 36,000.00 |

Sheet no. __5__ of __6__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

71,675.44

B6F (Official Form 6F) (12/07) - Cont.

In re   **Lucky Chase II, LLC**                                                      Case No.   **09-18087-BKC-RAM**
                                    _____
                                              Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. 4217-2712-4 <br><br> The Sherwin Williams Co. <br> 19 N. Federal Highway <br> Dania Beach, FL 33004 | X | - | Final judgment dated 2/5/09 | | | X | 21,585.86 |
| Account No. <br><br> US Alliance Management d/b/a US Security <br> P.O. Box 226618 <br> Miami, FL 33122-6618 | | - | Security services | | | X | 46,206.67 |
| Account No. 200284 <br><br> Wilmar Industries <br> 801 West Bay Street <br> Jacksonville, FL 32204 | | - | Janitorial services | | | X | 15,356.69 |
| Account No. <br><br><br> | | | | | | | |
| Account No. <br><br><br> | | | | | | | |

Sheet no.  **6**  of  **6**   sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

|  | Subtotal (Total of this page) | 83,149.22 |
|---|---|---|
|  | Total (Report on Summary of Schedules) | 993,922.52 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037          Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re   **Lucky Chase II, LLC**                                              Case No.   **09-18087-BKC-RAM**
                                        Debtor

## SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
| --- | --- |
| **Ikon Financial Services**<br>**P.O. Box 9115**<br>**Macon, GA 31208-9115** | **Lease Agreement No. 2354161 dated September**<br>**24, 2008 for Ricoh MP5000SP Premium PowerPak**<br>**Photocopy Machine; Lease term is for 60 months** |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                        Best Case Bankruptcy

B6H (Official Form 6H) (12/07)

In re   **Lucky Chase II, LLC**                                                   Case No.  **09-18087-BKC-RAM**
                                                        ,
                        Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).
☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Deaktor, Marcia**<br>**5238 Ellsworth Avenue**<br>**Pittsburgh, PA 15232** | **AmTrust Bank f/k/a Ohio Savings Bank**<br>**1801 East Ninth Street**<br>**Suite 200**<br>**Cleveland, OH 44114** |
| **Deaktor, Marsha**<br>**803 Devonshire Street**<br>**Pittsburgh, PA 15213** | **AmTrust Bank f/k/a Ohio Savings Bank**<br>**1801 East Ninth Street**<br>**Suite 200**<br>**Cleveland, OH 44114** |
| **Deaktor, Scott**<br>**803 Devonshire Street**<br>**Pittsburgh, PA 15213** | **AmTrust Bank f/k/a Ohio Savings Bank**<br>**1801 East Ninth Street**<br>**Suite 200**<br>**Cleveland, OH 44114** |
| **Deaktor, Scott**<br>**803 Devonshire Street**<br>**Pittsburgh, PA 15213** | **Ortiz, Gabriela E.**<br>**13903 S.W. 90th Avenue, Apt. E-116**<br>**Miami, FL 33176** |
| **Pierson, Ron**<br>**2110 North 40th Avenue**<br>**Hollywood, FL 33021** | **The Sherwin Williams Co.**<br>**19 N. Federal Highway**<br>**Dania Beach, FL 33004** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                    Best Case Bankruptcy

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re  <u>Lucky Chase II, LLC</u>

Debtor(s)

Case No.  <u>09-18087-BKC-RAM</u>

Chapter  <u>11</u>

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of <u>18</u> sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  <u>5/14/09</u>

Signature

<u>Scott I. Deaktor</u>
**Manager**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

B7 (Official Form 7) (12/07)

# United States Bankruptcy Court
## Southern District of Florida

In re   **Lucky Chase II, LLC**                                          Case No.   **09-18087-BKC-RAM**

                                                   Debtor(s)                          Chapter    **11**

## STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs.  To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name.  See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."**If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

### DEFINITIONS

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any owner of 5 percent or more of the voting or equity securities of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; any managing agent of the debtor. 11 U.S.C. § 101.

---

**1. Income from employment or operation of business**

None
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $854,205.39 | January 1, 2009 - April 29, 2009 |
| $3,428,768.47 | 2008 (Includes profits from condominium sales and rental income) |
| $5,466,982.42 | 2007 (Includes profits from condominium sales and rental income) |

2

**2. Income other than from employment or operation of business**

None ■ State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

|            AMOUNT             |            SOURCE             |

**3. Payments to creditors**

None ■ *Complete a. or b., as appropriate, and c.*

a. *Individual or joint debtor(s) with primarily consumer debts.* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

None ☐ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,475. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and creditor counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit SOFA 3(b)** | | **$101,278.54** | **$0.00** |

None ☐ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **See attached Exhibit SOFA 3(c)** | | **$421,964.76** | **$0.00** |

**4. Suits and administrative proceedings, executions, garnishments and attachments**

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| **Amtrust Bank v. Lucky Chase II, LLC, et al.; Case No. 08-62495 CA 13** | **Mortgage Foreclosure Action** | **Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida** | **Pending** |
| **Mark Roberts v. Lucky Chase II, LLC; Case No. 08-10928SP05 (08)** | **Breach of Contract** | **In the County Court in and for Miami-Dade County, Florida, Small Claims Division** | **Judgment entered in favor of Mark Roberts on 10/14/08** |

3

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| Antonio Rufino Valdez v. Lucky Chase II, LLC; Case No. 08-5623-SP-2604 | Breach of contract | In the County Court in and for Miami-Dade County, Florida; Case No. 08-017380 SP 05 (06) | Final Judgment in favor of Lucky Chase II, LLC entered on 11/19/08 |
| Bercow Radell, P.A. f/k/a Bercow Radell & Fernandez, P.A. v. Lucky Chase II, LLC; Case No.  08-17380 SP 05 (06) | Breach of contract | In the County Court in and for Miami-Dade County, Florida | Final Judgment entered in favor of Bercow Radell, P.A. on 11/20/08 |
| Lucky Chase II, LLC d/b/a Deaktor Development Briarwood v. George Bowen, Jr.; Case No. 08-1550 CC 26 | Eviction Proceeding | In the County Court in and for Miami-Dade County, Florida | Judgment for Removal of Tenant entered on 4/16/08 |
| Gabriela E. Ortiz v. Lucky Chase II, LLC and Scott I. Deaktor; Case No. 09-3217-SP-26 (04) | Breach of Contract | County Court of Miami Dade County, Florida | Pending |
| U.S. Alliance Management Corp. d/b/a U.S. Security v. Lucky Chase II, LLC; Case No. 07-26349 | Breach of Contract | Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Pending |
| Development Consultants, Inc. d/b/a DCI Association Services v. Lucky Chase II, LLC and Briarwood Condominium Association, Inc. a/k/a Briarwood at Residences of the Falls Condominium Association, Inc.; Case No. 09-15304 CA21 | Breach of Contract | Circuit Court of the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Pending |
| Christian H. Barrain v. Lucky Chase II, LLC; Case No. 08 3608 SP26 | Suit for return of security deposit | In the County Court in and for Miami-Dade County, Florida | Final Judgment entered against Lucky Chase II, LLC on October 15, 2008 |
| Southern Painting, Inc. v. Lucky Chase II, LLC dba Residences at the Falls; Case No. CACE 0862943 | Breach of contract | Circuit Court in and for the Seventeenth Judicial Circuit, in and for Broward County, Florida | Pending |
| First Response Carpet Cleaning, Inc. v. Residences at the Falls Condominium Association, Inc. and Lucky Chase II, LLC; Case No. 09-07927 CA11 | Breach of Contract | Circuit Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida | Pending |
| The Sherwin Williams Company v. Lucky Chase II, LLC; Case No. 08-17847 CA30 | Breach of Contract/account stated | Circuit Court of the 11th Judicial Circuit, in and for Miami-Dade County, Florida | Final judgment entered against Lucky Chase II, LLC |
| Moody Plumbing, Inc. v. Lucky Chase II, LLC dba Deaktor Development Briarwood | Breach of Contract | Circuit Court in the Eleventh Judicial Circuit, in and for Miami-Dade County, Florida | Pending |

4

None ■   b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 5. Repossessions, foreclosures and returns

None ■   List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

### 6. Assignments and receiverships

None ■   a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None ■   b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

### 7. Gifts

None ■   List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

### 8. Losses

None ■   List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None ☐    List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|
| **Berger Singerman, P.A.**<br>**350 E. Las Olas Boulevard**<br>**10th Floor**<br>**Fort Lauderdale, FL 33301** | **November 3, 2008 - $20,000.00 (paid by Marsha Deaktor)**<br>**February 4, 2009 - $25,000.00**<br>**March 23, 2009 - $62,000.00**<br>**April 24, 2009 - $9,000.00**<br>**April 29, 2009 - $68,000.00 (paid by Document Processing I, LLC)** | **A portion of these payments (the sum of $48,490.80) relates to payments made for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition.** |

**10. Other transfers**

None ■    a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■    b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

**11. Closed financial accounts**

None ■    List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

**12. Safe deposit boxes**

None ■    List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

6

**13. Setoffs**

None
■

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
| --- | --- | --- |

**14. Property held for another person**

None
■

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
| --- | --- | --- |

**15. Prior address of debtor**

None
☐

If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
| --- | --- | --- |
| **1000 Johnanna Drive, Pittsburgh, PA 15237** | **Lucky Chase II, LLC** | **In the summer of 2006, the Debtor moved its offices from 1000 Johnanna Drive, Pittsburgh, PA 15237, but continued to use this address as its mailing address.** |

**16. Spouses and Former Spouses**

None
■

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law

None
■

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law:

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None  b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
■    Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None  c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
■    the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
     docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
|---|---|---|

### 18 . Nature, location and name of business

None  a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
■    ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a
     partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within six years
     immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities
     within six years immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within six
years immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and
ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within six
years immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
|---|---|---|---|---|

None  b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.
■

| NAME | ADDRESS |
|---|---|

   The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has
been, within six years immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or
owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole
proprietor or self-employed in a trade, profession, or other activity, either full- or part-time.

   *(An individual or joint debtor should complete this portion of the statement only if the debtor is or has been in business, as defined above,
within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go
directly to the signature page.)*

### 19. Books, records and financial statements

None  a. List all bookkeepers and accountants who within two years immediately preceding the filing of this bankruptcy case kept or
☐    supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
|---|---|
| Dave Westrick<br>1406 Raven Drive<br>Pittsburgh, PA 15243 | 4/17/06 to 10/20/08 |
| Helen Fischer<br>P.O. Box 90160<br>Pittsburgh, PA 15224 | 10/27/08 to present |

| NAME AND ADDRESS | | DATES SERVICES RENDERED |
|---|---|---|
| **Phyllis T. Pirollo, CPA** | | **May 2006 to present** |
| **Alpern Rosenthal** | | |
| **Heinz 57 Center** | | |
| **339 Sixth Avenue, 8th Floor** | | |
| **Pittsburgh, PA 15222** | | |

None ■   b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|

None ☐   c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|
| **Helen Fischer** | **P.O. Box 90160** |
| | **Pittsburgh, PA 15224** |
| **Phyllis T. Pirollo, CPA** | **Alpern Rosenthal** |
| | **Heinz 57 Center** |
| | **339 Sixth Avenue, 8th Floor** |
| | **Pittsburgh, PA 15222** |

None ☐   d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|
| **Regions Bank** | **Financial statements were issued quarterly.  The** |
| **Commercial Real Estate Department** | **last financial statement was issued on February** |
| **5100 Town Center Circle, Suite 350** | **5, 2009.** |
| **Boca Raton, FL 33486** | |
| **AmTrust Bank** | **Financial statements were issued quarterly.  The** |
| **P.O. Box 94506** | **last financial statement was issued between** |
| **Cleveland, OH 44101-4506** | **July and September 2008.** |
| **iStar Financial, Inc.** | **Financial statements were issued monthly.  The** |
| **180 Glastonbury Boulevard, Suite 201** | **last financial statement was issued on March 27,** |
| **Glastonbury, CT 06033** | **2009.** |

### 20. Inventories

None ☐   a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| | | DOLLAR AMOUNT OF INVENTORY |
|---|---|---|
| DATE OF INVENTORY | INVENTORY SUPERVISOR | (Specify cost, market or other basis) |
| **12/31/06** | **Scott I. Deaktor** | **$47,478,082.83 as of 12/31/06 - cost basis** |

None ☐   b. List the name and address of the person having possession of the records of each of the two inventories reported in a., above.

| | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY |
|---|---|
| DATE OF INVENTORY | RECORDS |
| **12/31/06** | **Phyllis T. Pirollo, CPA** |
| | **Alpern Rosenthal** |
| | **Heinz 57 Center** |
| | **339 Sixth Avenue, 8th Floor** |
| | **Pittsburgh, PA 15222** |

**21 . Current Partners, Officers, Directors and Shareholders**

None
■    a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

NAME AND ADDRESS        NATURE OF INTEREST        PERCENTAGE OF INTEREST

None
☐    b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| **Scott I. Deaktor**<br>**803 Devonshire Street**<br>**Pittsburgh, PA 15213** | **Manager** | |
| **Briarwood Holdings, LLC**<br>**P.O. Box 90160**<br>**Pittsburgh, PA 15224** | | **100% of the membership interests of Lucky Chase II, LLC** |

**22 . Former partners, officers, directors and shareholders**

None
■    a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

NAME        ADDRESS        DATE OF WITHDRAWAL

None
■    b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

NAME AND ADDRESS        TITLE        DATE OF TERMINATION

**23 . Withdrawals from a partnership or distributions by a corporation**

None
☐    If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS<br>OF RECIPIENT,<br>RELATIONSHIP TO DEBTOR<br>**See attached Exhibit SOFA 23** | DATE AND PURPOSE<br>OF WITHDRAWAL | AMOUNT OF MONEY<br>OR DESCRIPTION AND<br>VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None
■    If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION        TAXPAYER IDENTIFICATION NUMBER (EIN)

**25. Pension Funds.**

None
■    If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND        TAXPAYER IDENTIFICATION NUMBER (EIN)

10

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date __5/14/09__          Signature _____

Scott I. Deaktor
**Manager**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

| STATEMENTS OF FINANCIAL AFFAIRS - QUESTION 3.B | | | |
|---|---|---|---|

| Name of Company/ Person | Address | Date of Payment | Amount Paid |
|---|---|---|---|
| Arriola, Vivian | 5864 SW 74 Terrace #6 South Miami, FL  33143 | 03/10/09 | $          1,800.00 |
| Arriola, Vivian | 5864 SW 74 Terrace #6 South Miami, FL  33143 | 02/10/09 | 1,600.00 |
| Arriola, Vivian | 5864 SW 74 Terrace #6 South Miami, FL  33143 | 02/20/09 | 1,600.00 |
| Arriola, Vivian | 5864 SW 74 Terrace #6 South Miami, FL  33143 | 04/09/09 | 1,600.00 |
| Arriola, Vivian | 5864 SW 74 Terrace #6 South Miami, FL  33143 | 04/22/09 | 1,600.00 |
| Arriola, Vivian | 5864 SW 74 Terrace #6 South Miami, FL  33143 | 03/20/09 | 1,400.00 |
| AT & T (305 232-3919 001 0442) | PO Box 105262 Atlanta, GA 30348-5262 | 02/09/09 | 1,089.09 |
| AT & T (305 232-3919 001 0442) | PO Box 105262 Atlanta, GA 30348-5262 | 02/13/09 | 1,008.56 |
| AT & T (305 232-3919 001 0442) | PO Box 105262 Atlanta, GA 30348-5262 | 03/13/09 | 568.25 |
| AT & T (305 251-1767 232 0441) | P.O. Box 105262 Atlanta, GA 30348-5262 | 03/13/09 | 833.06 |
| AT & T (305 251-1767 232 0441) | P.O. Box 105262 Atlanta, GA 30348-5262 | 02/13/09 | 347.15 |
| AT & T (305 255-3232 125 0444) | P.O. Box 105262 Atlanta, GA 30348-5262 | 04/21/09 | 2,593.93 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 04/03/09 | 520.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 02/06/09 | 440.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 03/27/09 | 440.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 03/13/09 | 430.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 03/20/09 | 430.00 |



EXHIBIT

tabbies®    SOFA 3b

| Name of Company/ Person | Address | Date of Payment | Amount Paid |
|---|---|---|---|
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 02/27/09 | 420.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 03/06/09 | 420.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 04/17/09 | 420.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 04/17/09 | 420.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 02/13/09 | 400.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 02/20/09 | 400.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 04/24/09 | 400.00 |
| Castellon, Carlos | 13934 S.W. 90 AVE Miami, FL 33176 | 01/30/09 | 396.00 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 03/27/09 | 1,467.24 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 04/17/09 | 1,429.60 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 04/03/09 | 1,419.95 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 04/17/09 | 1,373.79 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 02/06/09 | 1,269.03 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 03/20/09 | 1,187.41 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 04/24/09 | 1,141.05 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 02/13/09 | 1,137.85 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 02/27/09 | 1,090.12 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 02/20/09 | 1,060.07 |

| Name of Company/ Person | Address | Date of Payment | Amount Paid |
|---|---|---|---|
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 01/30/09 | 1,057.46 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 03/13/09 | 1,026.16 |
| Cruz, Vilma | 19420 S.W. 114 Place Miami, FL 33157 | 03/06/09 | 960.00 |
| FPL (64793-49489) | General Mail Facility Miami, FL 33188-0001 | 02/19/09 | 7,058.76 |
| FPL (64793-49489) | General Mail Facility Miami, FL 33188-0001 | 02/09/09 | 3,313.00 |
| FPL (64793-49489) | General Mail Facility Miami, FL 33188-0001 | 03/13/09 | 1,671.72 |
| FPL (64793-49489) | General Mail Facility Miami, FL 33188-0001 | 04/16/09 | 1,528.65 |
| FPL (64793-49489) | General Mail Facility Miami, FL 33188-0001 | 02/25/09 | 344.20 |
| FPL (65765-69286) | General Mail Facility Miami, FL 33188-0001 | 03/13/09 | 6.30 |
| FPL (76718-88282) | General Mail Facility Miami, FL 33188-0001 | 03/13/09 | 7.49 |
| FPL (86644-92397) | General Mail Facility Miami, FL 33188-0001 | 02/13/09 | 57.13 |
| FPL (86644-92397) | General Mail Facility Miami, FL 33188-0001 | 03/13/09 | 6.30 |
| Gustavo Bergamini LLC | 9737 NW 4 Street Coral Springs, FL 33071 | 02/20/09 | 5,000.00 |
| Gustavo Bergamini LLC | 9737 NW 4 Street Coral Springs, FL 33071 | 04/09/09 | 3,500.00 |
| Gustavo Bergamini LLC | 9737 NW 4 Street Coral Springs, FL 33071 | 04/22/09 | 3,500.00 |
| Gustavo Bergamini LLC | 9737 NW 4 Street Coral Springs, FL 33071 | 04/09/09 | 1,500.00 |
| Gustavo Bergamini LLC | 9737 NW 4 Street Coral Springs, FL 33071 | 04/22/09 | 1,500.00 |
| Gustavo Bergamini LLC | 9737 NW 4 Street Coral Springs, FL 33071 | 03/26/09 | 466.00 |

| Name of Company/ Person | Address | Date of Payment | Amount Paid |
|---|---|---|---|
| Johnston Supply-Hollywood | 2800 N 30th Avenue Hollywood, FL 33020 | 04/09/09 | 6,574.26 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 01/30/09 | 504.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 04/17/09 | 484.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 02/06/09 | 480.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 02/13/09 | 462.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 03/20/09 | 462.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 04/24/09 | 462.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 02/20/09 | 440.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 03/06/09 | 440.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 03/27/09 | 440.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 04/03/09 | 440.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 04/17/09 | 440.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 02/27/09 | 352.00 |
| Martinez, Daniel | 3130 N.W. 19 Terrace Miami, FL 33125 | 03/13/09 | 352.00 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 04/17/09 | 758.01 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 04/17/09 | 664.46 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 02/06/09 | 662.00 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 04/24/09 | 655.00 |

| Name of Company/ Person | Address | Date of Payment | Amount Paid |
|---|---|---|---|
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 01/30/09 | 606.00 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 03/20/09 | 570.06 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 03/27/09 | 529.12 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 04/03/09 | 506.00 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 02/27/09 | 418.00 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 03/13/09 | 391.50 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 03/06/09 | 382.50 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 02/20/09 | 373.50 |
| Pire, Julieta | 2175 S.W. 25 ST Miami, FL 33133 | 02/13/09 | 369.00 |
| Swartz, Lovejoy & Associates, LLP | 429 Fourth Avenue Pittsburgh, PA 15219 | 02/20/09 | 5,135.27 |
| Swartz, Lovejoy & Associates, LLP | 429 Fourth Avenue Pittsburgh, PA 15219 | 03/20/09 | 5,135.27 |
| Swartz, Lovejoy & Associates, LLP | 429 Fourth Avenue Pittsburgh, PA 15219 | 04/20/09 | 5,135.27 |

**Total**                                                                 $            **101,278.54**

| STATEMENTS OF FINANCIAL AFFAIRS - QUESTION 3.C | | | | | |
|---|---|---|---|---|---|
| Name of Company/ Person * | Address | Relationship to Debtor | Beneficiary | Date of Payment | Amount Paid |
| Alside Supply | Installed Sales Solutions, 292 Corliss St., Pittsburgh, PA 15220 | See note* | Deaktor Development, Inc. | 02/20/09 | $ 9,967.28 |
| Arizona Bar Foundation Iolta Trust | Cheifetz Iannitelli Marcolini, PC, 1850 N Central Ave., 19th Fl., Phoenix, AZ 85004 | See note* | Lucky Chase III, LLC | 01/07/09 | 7,000.00 |
| Aurora Loan Company | PO Box 5180, Denver, CO 80217-5180 | See note* | Marcia Deaktor | 04/14/09 | 11,434.93 |
| Bennett Supply Company | P.O. Box 200211, Pittsburgh, PA 15251-0211 | See note* | Deaktor Development, Inc. | 02/26/09 | 2,407.32 |
| Bennett Supply Company | P.O. Box 200211, Pittsburgh, PA 15251-0211 | See note* | Deaktor Development, Inc. | 02/02/09 | 2,853.45 |
| Bennett Supply Company | P.O. Box 200211, Pittsburgh, PA 15251-0211 | See note* | Deaktor Development, Inc. | 12/15/08 | 2,457.58 |
| Bennett Supply Company | P.O. Box 200211, Pittsburgh, PA 15251-0211 | See note* | Deaktor Development, Inc. | 12/15/08 | 3,571.21 |
| Bennett Supply Company | P.O. Box 200211, Pittsburgh, PA 15251-0211 | See note* | Deaktor Development, Inc. | 12/15/08 | 11,620.20 |
| Biscayne Beach Club | 15600 SW 104th Terrace, Miami, FL 33196 | See note* | SD Biscayne Properties, LLC | 03/02/09 | 1,124.30 |
| Biscayne Beach Club | 15600 SW 104th Terrace, Miami, FL 33196 | See note* | SD Biscayne Properties, LLC | 03/02/09 | 2,450.85 |
| Biscayne Beach Club | 15600 SW 104th Terrace, Miami, FL 33196 | See note* | SD Biscayne Properties, LLC | 03/02/09 | 2,450.85 |
| Biscayne Beach Club | 15600 SW 104th Terrace, Miami, FL 33196 | See note* | SD Biscayne Properties, LLC | 01/15/09 | 7,717.87 |
| Countrywide | Payment Processing Center, P.O. Box 10219, Van Nuys, CA 91410-0219 | See note* | Marcia Deaktor | 04/15/09 | 10,707.02 |
| Deaktor Marble & Design | 1231 Penn Ave., Pittsburgh, PA 15222 | See note* | Deaktor Marble & Design, LLC | 03/13/09 | 531.69 |
| Deaktor, Scott | 803 Devonshire St., Pittsburgh, PA 15213 | See note* | Deaktor Marble & Design, LLC | 04/06/09 | 6,600.00 |
| Deaktor, Scott | 803 Devonshire St., Pittsburgh, PA 15213 | See note* | Deaktor Marble & Design, LLC | 04/03/09 | 882.14 |
| Deaktor, Scott | 803 Devonshire St., Pittsburgh, PA 15213 | See note* | Deaktor Marble & Design, LLC | 03/02/09 | 1,046.03 |
| Dixon, Reginald & Brenda | 620 NW 96th Terrace Pembroke Pines, Fl. 33025 | See note* | Windsor at Pembroke Cay II, LLC | 12/17/08 | 678.17 |
| First State Registered Agent Company, The | 1925 Lovering Avenue, Wilmington, DE 19806 | See note* | SD Biscayne Properties, LLC | 02/06/09 | 400.00 |
| Flatiron Capital | 950 17th Street, Suite 1300, Denver, CO 80202 | See note* | Lucky Chase III, LLC | 01/07/09 | 18,759.75 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 04/17/09 | 384.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 04/17/09 | 408.00 |



EXHIBIT

SOFA 3C

| Name of Company/ Person * | Address | Relationship to Debtor | Beneficiary | Date of Payment | Amount Paid |
|---|---|---|---|---|---|
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 04/03/09 | 480.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/27/09 | 288.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/23/09 | 324.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/13/09 | 372.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/06/09 | 480.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 360.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 02/06/09 | 360.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 01/16/09 | 360.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 01/09/09 | 192.00 |
| Franz, Barry | 11100 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 12/12/08 | 480.00 |
| Hollinshead Mendelson Bresnahan & Nixon | 2901 Grant Building, 310 Grant Street, Pittsburgh PA 15219 | See note* | Deaktor Development, Inc. | 10/27/08 | 9,000.00 |
| Ikon Office Solutions | P.O. Box 532530, Atlanta, GA 30353-2530 | See note* | Windsor at Pembroke Cay II, LLC | 01/16/09 | 200.00 |
| Marsco | PO Box 90160, Pittsburgh, PA 15224 | See note* | Marsco, LLC | 04/07/09 | 5,600.00 |
| Miami-Dade Water & Sewer Dept. | 3071 SW 38 Avenue, Miami, FL 33146 | See note* | Residences at The Falls Homeowners Assoc. | 09/09/08 | 51,000.00 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 04/17/09 | 1,538.49 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 04/17/09 | 1,841.62 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 04/03/09 | 1,422.73 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 03/27/09 | 1,346.72 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 03/23/09 | 1,615.31 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 03/13/09 | 1,407.59 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 03/12/09 | 1,627.69 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 03/06/09 | 1,374.91 |

| Name of Company/ Person * | Address | Relationship to Debtor | Beneficiary | Date of Payment | Amount Paid |
|---|---|---|---|---|---|
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 1,621.73 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 02/06/09 | 1,424.98 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 01/16/09 | 377.50 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 01/16/09 | 1,502.36 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 01/09/09 | 1,486.25 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 01/02/09 | 1,377.19 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 12/12/08 | 1,637.24 |
| Pierson, Ron | 2110 North 40th Avenue, Hollywood, FL 33021 | See note* | Windsor at Pembroke Cay II, LLC | 12/10/08 | 1,279.30 |
| R.E. Michael | P.O. Box 2318, Baltimore, MD 21203 | See note* | Deaktor Development, Inc. | 02/02/09 | 2,628.48 |
| Residences at The Falls Homeowners Assoc. | 13888 S.W. 90th Ave Miami, FL 33176 | See note* | Residences at The Falls Homeowners Assoc. | 04/16/09 | 31,939.65 |
| Residences at The Falls Homeowners Assoc. | 13888 S.W. 90th Ave Miami, FL 33176 | See note* | Residences at The Falls Homeowners Assoc. | 03/19/09 | 39,715.48 |
| Residences at The Falls Homeowners Assoc. | 13888 S.W. 90th Ave Miami, FL 33176 | See note* | Residences at The Falls Homeowners Assoc. | 02/26/09 | 6,600.00 |
| Residences at The Falls Homeowners Assoc. | 13888 S.W. 90th Ave Miami, FL 33176 | See note* | Residences at The Falls Homeowners Assoc. | 02/05/09 | 48,000.00 |
| Residences at The Falls Homeowners Assoc. | 13888 S.W. 90th Ave Miami, FL 33176 | See note* | Residences at The Falls Homeowners Assoc. | 02/04/09 | 9,000.00 |
| S&T Bank | Two Gateway Center, Suite 125, 603 Stanwix St., Pittsburgh, PA 15222 | See note* | Deaktor Development, Inc. | 11/28/08 | 6,000.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 04/17/09 | 855.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 04/17/09 | 859.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 04/03/09 | 681.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/27/09 | 824.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/23/09 | 785.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/13/09 | 494.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 03/06/09 | 650.00 |

| Name of Company/ Person * | Address | Relationship to Debtor | Beneficiary | Date of Payment | Amount Paid |
|---|---|---|---|---|---|
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 520.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 02/06/09 | 546.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 01/16/09 | 585.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 01/09/09 | 468.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 01/02/09 | 416.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 12/12/08 | 624.00 |
| Sanchez-Duran, Miriam | 11165 SW 6th Street Pembroke Pines, FL 33025 | See note* | Windsor at Pembroke Cay II, LLC | 12/10/08 | 624.00 |
| Schneider Excavation | 4241 Battleridge Rd., McDonald, PA 15057 | See note* | Deaktor Development Mt. Lebanon, LLC | 12/01/08 | 4,000.00 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 70.00 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 592.31 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 592.31 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 750.64 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 847.30 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 961.74 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 1,096.45 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 02/13/09 | 1,127.58 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 01/29/09 | 6,549.49 |
| Shop Carpet | 8112 NW 92 Ave., Tamarac, FL 33321 | See note* | Windsor at Pembroke Cay II, LLC | 01/20/09 | 8,320.08 |
| South Hills Builders | 392 Hazel Dr., Pittsburgh, PA 15228 | See note* | Deaktor Development, Inc. | 02/20/09 | 11,200.00 |
| Washington Mutual | P.O. Box 9001123, Louisville, KY 40290-1123 | See note* | Scott & Marsha Deaktor | 04/14/09 | 5,212.00 |
| West Palm Water Authority | P.O. Box 3506, WPB, FL 33402 | See note* | Lucky Chase III, LLC | 12/19/08 | 30,000.00 |

**Total**                                                                                                           $ 421,964.76

* ALL Payments were made to the benefit of a creditor who was or is an insider.

| STATEMENTS OF FINANCIAL AFFAIRS - QUESTION 23 | | | | |
|---|---|---|---|---|
| Name of Insider | Address | Purpose of Withdrawal | Date of Payment | Amount Paid |
| Deaktor, Scott - Owner | 803 Devonshire St., Pittsburgh, PA 15213 | Reimbursement of travel expenses | 03/02/09 | $ 1,046.03 |
| Deaktor, Scott - Owner | 803 Devonshire St., Pittsburgh, PA 15213 | Reimbursement of travel expenses | 04/03/09 | 882.14 |
| Deaktor, Scott - Owner | 803 Devonshire St., Pittsburgh, PA 15213 | Reimbursement of travel expenses | 04/06/09 | 6,600.00 |
| **Total** | | | | $ 8,528.17 |

**EXHIBIT**

SOFA 23

Page 1 of 1