### UNITED STATES BANKRUPTCY COURT
### SOUTHERN DISTRICT OF FLORIDA
### MIAMI DIVISION
www.flsb.uscourts.gov

In re:                                                      Chapter 11 Case

LUCKY CHASE II, LLC,[1]                          Case No.  09-18087-BKC-RAM

        Debtor.

_____/

### DEBTOR'S RESPONSE TO AMTRUST BANK'S
### MOTION FOR APPOINTMENT OF TRUSTEE

      Lucky Chase II, LLC ("Lucky Chase" or the "Debtor"), by and through undersigned

counsel, files this response and objection (the "Objection") to AmTrust Bank's Motion for

Appointment of Trustee [D.E. #31](the "Motion").  In support of the Objection, the Debtor states

as follows:

      1.      On April 29, 2009 (the "Petition Date"), the Debtor filed a voluntary petition for

relief under Chapter 11 of the Bankruptcy Code.  A mere five days later, AmTrust Bank filed its

Motion seeking the appointment of a trustee.

      2.      AmTrust Bank's reasons for filing the Motion all stem from its pre-petition

dispute with the Debtor over the sale of the condominium units and the Debtor's inability to sell

the units due to AmTrust Bank's refusal to lower its minimum release price.  This case was just

filed, yet AmTrust Bank has already unilaterally determined that its dissatisfaction with the

Debtor over this issue warrants the appointment of a trustee.

      3.      The appointment of a trustee is an extraordinary remedy.  *Official Comm. Of*

*Asbestos Claimants v. G-I Holdings, Inc.*, 385 F.3d 313 (3d Cir. 2004).  There is a strong

---

[1]     The address of the Debtor is P.O. Box 90160, Pittsburgh, PA 15224, and the last four digits of the Debtor's taxpayer identification number are 7904.

2109685-1

presumption in Chapter 11 cases that a debtor in possession should remain in possession absent a showing of the need for a trustee. *In re SunCruz Casinos, LLC*, 298 B.R. 821, 828 (Bankr. S.D. Fla. 2003). "This presumption is based on the belief that the debtor in possession is most knowledgeable about, and best able to run, the debtor's business." *In re Sundale Ltd.*, 400 B.R. 890, 899 (Bankr. S.D. Fla. 2009), *citing In re Intercat, Inc.*, 247 B.R. 911, 920 (Bankr. S.D. Ga. 2000). AmTrust Bank has shown that it has a dispute with the Debtor, not that the Debtor is incapable of performing its duties as debtor in possession.

4.      As made clear in the flurry of motions filed by AmTrust Bank within a few days of the Petition Date, AmTrust Bank is seeking to protect its own interests by moving forward with its foreclosure action and selling the Debtor's property to the detriment of the unsecured creditors and the other secured creditors of this bankruptcy estate. As debtor in possession, this Debtor will be filing a plan of reorganization that provides payment in full to all creditors of this estate, both secured and unsecured.

5.      "Under Section 1104(a), the court is required to appoint a trustee upon finding cause, including fraud, dishonesty, incompetence or gross mismanagement by the debtor." *In re Sundale Ltd.*, 400 B.R. at 900, *citing In re SunCruz Casinos*, 298 B.R. at 828. However, "[w]hile appointment is mandatory once cause is found, it is within the court's discretion, on a case-by-case basis, 'to determine whether conduct rises to the level of 'cause''. *In re Sundale*, 400 B.R. at 900, *citing Comm. of Dalkon Shield Claimants v. A.H. Robins Co.*, 828 F.2d 239, 242 (4th Cir. 1987).

6.      AmTrust Bank's pre-petition dispute with the Debtor and the Debtor's resultant efforts to keep its head above water pre-petition, hardly qualify as the "cause" needed for the appointment of a trustee under Section 1104(a)(1). In fact, of the seven issues raised by

AmTrust in support of its Motion, five stem directly from this dispute.  These are matters prime for resolution in the reorganization process, not evidence of "gross mismanagement" to support a finding of cause for the appointment of a trustee.

7.    Nor do AmTrust Bank's allegations of failure to maintain the property and delinquent real property taxes sustain a finding of cause under Section 1104.  As noted by the court in *Sundale* in determining that the nonpayment of taxes did not constitute cause to appoint a trustee ,"it is not surprising that an entity with cash flow problems might choose to stop paying some bills, including taxes." *In re Sundale*, 400 B.R. at 903.  Similarly, a few broken windows and cracked sidewalks, in and of themselves, are hardly indicia of "gross mismanagement" of property.

8.    Neither can AmTrust Bank demonstrate that the appointment of a trustee is necessary under Section 1104(a)(2) as "in the interest of creditors, any equity security holders and other interests of the estate."  The various factors courts may use in determining whether a trustee should be appointed under Section 1104(a)(2), including the trustworthiness of the debtor, the debtor in possession's performance, the prospects for the debtor's rehabilitation, and the confidence – or lack thereof -- of the business community and creditors in present management, all point to the bottom-line issue of whether the debtor-in-possession can work with the creditors and move the case toward a successful reorganization. *Id.* at 901, *citing In re Euro-Am. Lodging Corp.*, 365 B.R. 421, 427 (Bankr. S.D.N.Y. 2007).  The Debtor has every expectation that it will be successful in that effort.

9.    While AmTrust Bank, may be disgruntled with the Debtor, "[n]either loss of confidence, however reasonable, or acrimony, however bitter, necessarily results in appointment of a trustee." *In re Sundale*, 400 BR. at 909 (finding no need to appoint a trustee, despite the

3

"tremendous amount of rancor and acrimony" between the Debtor's principal and the holder of a second mortgage lien on the debtor's property.)

10.     AmTrust Bank is interested in AmTrust Bank.  The Debtor's interests, as debtor-in-possession, is to protect the interests of the estate, which means all parties-in-interest, by filing a successful plan of reorganization benefiting all parties.  It will ultimately do so.

11.     At this early stage of the case, the Debtor should be allowed the opportunity to fulfill its duties, and enjoy its powers, as debtor-in-possession.

Accordingly, the Debtor requests the Court to deny the Motion.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and that I am in compliance with all additional qualifications to practice before this Court as set forth in Local Rule 2090-1(A).

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all parties on the attached Master Service List, via first class, U.S. Mail, or via electronic mail

through the Court's CM/ECF system to those parties who are registered users, on this 15th day of

May 2009.

Dated: May 15, 2009                          Respectfully submitted,

                                             BERGER SINGERMAN, P.A.
                                             *Counsel for Debtor in Possession*
                                             350 East Las Olas Boulevard, 10th Floor
                                             Ft. Lauderdale, FL 33301
                                             Telephone (954) 525-9900
                                             Facsimile (954) 523-2782
                                             and
                                             200 S. Biscayne Boulevard, 10th Floor
                                             Miami, FL 33131
                                             Telephone (305) 755-9500
                                             Facsimile (305) 714-4340


                                             By:  */s/ Arthur J. Spector*
                                                  Arthur J. Spector
                                                  Florida Bar No. 620777
                                                  aspector@bergersingerman.com
                                                  Deborah B. Talenfeld
                                                  Florida Bar No. 948004
                                                  dtalenfeld@bergersingerman.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
www.flsb.uscourts.gov

In re:                                                          Chapter 11 Case

LUCKY CHASE II, LLC[1]                        Case No.  09-18087-BKC-RAM

                    Debtor.
_____/

**MASTER SERVICE LIST**

## The Debtor

Lucky Chase II, LLC
Attn.: Scott I. Deaktor, Manager
c/o Deaktor Development
P.O. Box 90160
Pittsburgh, PA 15224
Tel. 412 366-6090
Fax  412 369-0186
E-mail: sdeaktor@deaktordevelopment.com

## Debtor's Counsel

Arthur J. Spector, Esq.  **
Berger Singerman, P.A.
350 E. Las Olas Boulevard, 10th Floor
Fort Lauderdale, FL 33301
Tel.: (954) 525-9900
Fax.: (954) 523-2872
E-mail: aspector@bergersingerman.com

Deborah Talenfeld, Esq. **
Berger Singerman, P.A.
200 S. Biscayne Boulevard, 10th Floor
Miami, FL 33131
Tel. (305) 755-9500
Fax (305) 714-4340
E-mail: dtalenfeld@bergersingerman.com

## Chief Restructuring Officer

Keith F. Cooper, CRO
Sean Harding
FTI Consulting, Inc.
1201 W. Peachtree Street, Suite 500
Atlanta, GA 30309
Telephone: 404 460-6265
Facsimile: 404 460-6230
Email: keith.cooper@fticonsulting.com
Email: sean.harding@fticonsulting.com

## U.S. Trustee

Office of the United States Trustee  **
51 S.W. First Avenue, Room 1204
Miami, Florida 33130
Tel.: (305) 536-7285
Fax.: (305) 536-7360
E-mail: USTPRegion21.MM.ECF@usdoj.gov

## Secured Creditors

AmTrust Bank f/k/a Ohio Savings Bank
1801 East Ninth Street, Suite 200
Cleveland, OH 44114
Tel.  (216) 588-5592
Fax (216) 588-5342

---

[1] The address of the Debtor is P.O. Box 90160, Pittsburgh, PA 15224, and the last four digits of the Debtor's taxpayer identification number are 7904.

** Denotes parties who receive electronic service directly from the Court, through the Court's CM/ECF system

Atlantic Southern Paving and Sealcoating, Inc.
P.O. Box 15591
Fort Lauderdale, FL 33318
Telephone: 954 581-5805
Facsimile: 954 581-0465
e-mail: sue@atlanticsouthernpaving.com

Bercow Radell, P.A. f/k/a Bercow
Radell & Fernandez, P.A.
200 S. Biscayne Boulevard, Suite 850
Miami, FL 33131
Telephone: 305 379-2400
Facsimile: 305 379-1106
e-mail: cescobar@dhaberlaw.com

House of Floors of Palm Beach, Inc.
1081 Holland Drive
Boca Raton, FL 33487
Telephone: 561 989-0599
Facsimile: 561 989-0299
e-mail: mcrowell@houseoffloors.com

Paul Bange Roofing
7000 SW 21st Place
Fort Lauderdale, FL 33317
Telephone: 954 981-7663
Facsimile 954 964-7663
e-mail: shelly@paulbangerroofing.com

## Counsel for Secured Creditors

Lawrence A. Gordich, Esq. **
Ruden, McClosky, Smith, Schuster & Russell, P.A.
Counsel for AmTrust Bank
701 Brickell Avenue, Suite 1900
Miami, FL 33131
Telephone: (305) 789-2700
Facsimile: (305) 537-3933
E-mail: lawrence.gordich@ruden.com

## 20 Largest Unsecured Creditors

Development Consultants, Inc. dba DCI
Association Services
2035 Harding Street, Ste. 200
Hollywood, FL 33020
Telephone 954 922-3514
Facsimile 954 922-9199
e-mail: gskrbin@associaflorida.com

US Alliance Management dba US Security
P.O. Box 226618
Miami, FL 33122-6618
Telephone: 305 592-7220
Facsimile: 305 592-4241
e-mail: miryan.garcia@ussecurity.biz

Sun Sentinel
P.O. Box 804866
Chicago, IL 60680-4110
Telephone: 800 435-1232
Facsimile 312 222-2599

Moody Plumbing, Inc.
4100 N.W. 120th Avenue
Coral Springs, FL 33065
Telephone: 954 972-1079
Facsimile: 954 972-6197
e-mail: Jamie@moodyplumbing.com

Flatiron Capital
950 17th Street, Suite 1300
Denver, CO 80202
Telephone: 800 800-2767
Facsimile: 303 352-0096
e-mail: customerservice@flatironcapital.net

HD Supply Facilities Maintenance
P.O. Box 509058
San Diego, CA 92150-9058
Telephone: 800 798-8888
Facsimile: 800 930-4930
e-mail: Shelley.stern@hdsupply.com
acct # 5958847

The Sherwin Williams Company
19 N. Federal Highway
Dania, FL 33004
Telephone: 954 894-6100
Facsimile: 954 894-9899
e-mail: sw2233@sherwin.com

First Response Carpet Cleaning
1051 S.W. 79th Court
Miami, FL 33144
Telephone: 305 267-9696
Facsimile: 305 267-3656
e-mail: firstresponsecarpet@hotmail.com

Luke Brothers, Inc.
5532 Auld Lane
Holiday, FL 34690
Telephone  727 937-6448
Facsimile  727-937-6458

Southern Painting
10172 N.W. 47th Street
Fort Lauderdale, FL 33351
Telephone  954 318-3117
Facsimile:  954 318-3117

Wilmar Industries
Attn.:  Angela Levine
801 West Bay Street
Jacksonville, FL 32204
Telephone  888 576-0700
Facsimile:  856 505-1652
e-mail: alevine@interlinebrands.com

Sachs Sax Caplan, P.L.
Attn.:  Spencer Sax, Esq.
6111 Broken Sound Parkway
Suite 200
Boca Raton, FL 33487
Telephone  561 994-4985
Facsimile 561 994-4985
e-mail: ssax@ssclawfirm.com

South Florida Appliance
1890 West 4th Avenue
Hialeah, FL 33010
Telephone  305 888-2510
Facsimile 305 883-9030
e-mail: sflappl@bellsouth.net

Alpat Company, Inc.
P.O. Box 1689
Slidell, LA 70459-1689
Telephone  800 932-9237
Facsimile:  985-641-7341
e-mail: f.gehlbach@alpatco.com

A 1 Fire Equipment
Attn.:  Earl Siegel
3619 NW 2nd Avenue
Miami, FL 33127
Telephone  305 573-8273
Facsimile:  305 573-1569
e-mail: bmaitin@a1fireandelectric.com

For Rent Magazine
75 Remittance Drive, #1705
Chicago, IL 60675-1705
Telephone  800 845-0400
Facsimile
e-mail: Jennifer.gere@dominionenterprises.com

HD Supply Facilities Maintenance
c/o Louis B. Swartz, Esq.
Swartz, Lovejoy & Associates, LLP
429 Fourth Avenue
Pittsburgh, PA 15219
Telephone  412 288-0303
Facsimile 412 288-0217
e-mail: louis.swartz@swartzlovejoy.com

Gabriela E. Ortiz
13903 S.W. 90th Avenue, Apt. E-116
Miami, FL 33176

FPL
General Mail Facility
Miami, FL 33188-0001
Telephone 800 226-3545
Facsimile: 877 285-1594
Faxes - (Attn.:  Amanda Lease, Bankruptcy
Administrator)

Fieldstone Lester Shear & Denberg, LLP
Attn.:  Paul Lester, Esq.
Suntrust Plaza
201 Alhambra Circle, Suite 601
Coral Gables, FL 33134
Tel. (305) 357-1001

## Governmental Agencies/Taxing Authorities

Miami Dade County Tax Collector
140 West Flagler Street
Miami, FL 33130-1575
Telephone: 305-375-5452
Facsimile: 305-375-4601

Florida Department of Revenue
6565 Taft Street
Hollywood, FL 33024
Tel. 954-967-1000
Fax. 954-967-1084
E-mail:  kneej@dor.state.fl.us

Florida Department of Revenue
c/o Agency Clerk
501 S. Calhoun Street
Room 201, Carlton Building
Tallahassee, FL 32399

Internal Revenue Service
Centralized Insolvency Operations
P.O. Box 21126
Philadelphia, PA 19114

Internal Revenue Service
Special Procedures - Insolvency
7850 SW 6th Court
Plantation, FL  33324
Tel.: (954) 423-7300
Fax.: (305) 982-5406

Special Asst. U.S. Attorney
P.O. Box 9, Stop 8000
51 SW 1st Avenue, #1114
Miami, Fl  33130
Fax: (305) 530-7139

Special Asst. U.S. Attorney
IRS District Counsel
1000 S. Pine Island Rd., Ste 340
Plantation, FL 33324-3906

The Honorable Eric H. Holden, Jr.
Attorney General of the U.S.
950 Pennsylvania Avenue, NW Room 4400
Washington, DC  20530-0001

Honorable R. Alexander Acosta, U.S. Attorney
99 NE 4th Street
Miami, Fl  33132

Susan Sherrill, Esq.
Securities and Exchange Commission
Branch of Reorganization
3475 Lenox Road, N.E., #1000
Atlanta, GA 30326-1232
Telephone: 404-842-7676
Facsimile:

**Other Interested Parties**

Frank Michael Altomare, Jr.
13903 SW 90th Avenue, #E116
Miami, FL 33176