ʀDERED in the Southern District of Florida on June 24, 2009



Robert A. Mark, Judge
United States Bankruptcy Court

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF FLORIDA
## MIAMI DIVISION
www.flsb.uscourts.gov

In re:

LUCKY CHASE II, LLC                              CASE NO.: 09-18087-RAM
                                                 CHAPTER 11

_____ Debtor.  _/

### ORDER DIRECTING APPOINTMENT OF CHAPTER 11 TRUSTEE

This matter came before the Court on June 24, 2009, at 9:30 a.m. upon the Motion of U.S. Trustee for the Appointment of a Chapter 11 Trustee (the "Motion") (DE# 121). The Court considering the facts of this case and the content of the Motion, having heard arguments of counsel, and as further stated on the record, it is:

**ORDERED,** that the Motion is GRANTED and that the United States Trustee is directed to appoint a Chapter 11 Trustee with the powers and duties set forth under section 1106(a) of the Bankruptcy Code, and it is further:

**ORDERED**, that pursuant to 11 U.S.C. §105 and stipulation of Am Trust Bank ("Secured Creditor") and notwithstanding the appointment of a chapter 11 trustee and the provisions of 11 U.S.C. §1121(c)(1), the Debtor shall retain exclusivity to file a plan for 90 days from April, 29, 2009, and the exclusive right to solicit acceptances for 60 days thereafter. However, the relief granted in the preceding sentence is without prejudice to parties in interest to file a motion to terminate exclusivity.

# # #

Submitted by:

Steven D. Schneiderman, Esq
Trial Attorney
United States Department of Justice
Office of the United States Trustee
51 S.W. First Avenue, Suite 1204
Miami, Florida  33130
Telephone (305) 536-7285
Facsimile  (305) 536-7360
steven.d.schneidermanl@usdoj.gov

**ALL CREDITORS AND PARTIES IN INTEREST (BY CLERK'S OFFICE)**