**ORDERED in the Southern District of Florida on** June 24, 2009



Robert A. Mark, Judge
United States Bankruptcy Court

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
www.flsb.uscourts.gov

IN RE:                                          Chapter 11

LUCKY CHASE II, LLC,[1]                         Case No. 09-18087-BKC-RAM

    Debtor.
_____/

### FINAL ORDER APPROVING THE EMPLOYMENT OF BERGER SINGERMAN, P.A. AS COUNSEL FOR THE DEBTOR-IN-POSSESSION *NUNC PRO TUNC* TO THE PETITION DATE

**THIS MATTER** came before the Court on the 24th day of June 2009 at 9:30 a.m. in Miami, Florida, upon the final hearing to consider the *Debtor's Application for Approval, on an Interim and Final Basis, of Employment of Berger Singerman, P.A. as Counsel for Debtor in Possession Nunc Pro Tunc to the Petition Date* (the "Application") (D.E. 6), and the *Third Amended Declaration of Arthur J. Spector, on Behalf of Berger Singerman, P.A., as Proposed Counsel for Debtor-in-Possession* (the "Spector Declaration") (D.E. 129). After conducting a hearing on the Application

---

[1] The address of the Debtor is P.O. Box 90160, Pittsburgh, PA 15224, and the last four digits of the Debtor's taxpayer identification number are 7904.
2087437-1

on May 4, 2009, the Court entered an Order granting the Application on an interim basis (the "Interim Order") (D.E. 43), and set a final hearing on the Application for May 19, 2009, which final hearing was continued to June 24, 2009 (D.E. 108). The Application requests entry of an order approving the Debtor-in-Possession's employment of Berger Singerman, P.A. to represent it as general counsel in this chapter 11 case. The Court has jurisdiction over the matters raised in the Application pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A). The relief requested in the Application is in the best interests of the Debtor, its estate, and its creditors. The Spector Declaration makes relevant disclosures as required by Fed. R. Bankr. P. 2014 and Fed. R. Bankr. P. 2016. The Court has reviewed the Spector Declaration which contains a verified statement as required by Fed. R. Bankr. P. 2014 demonstrating that Arthur J. Spector and Berger Singerman, P.A. are disinterested as required by 11 U.S.C. § 327(a). Pursuant to 11 U.S.C. § 327(a), Fed. R. Bankr. P. 2014(a) and Local Rule 2014-1(A), the Court is authorized to grant the relief requested in the Application. Upon the record herein, and after due deliberation thereon, good and sufficient cause exists for the granting of the relief as set forth herein. Accordingly, it is **ORDERED** that:

1. The Application is **GRANTED**.

2. The employment by the Debtor, as debtor-in-possession, of Berger Singerman, P.A., as general counsel in this chapter 11 case is **APPROVED** on a final basis pursuant to 11 U.S.C. § 327(a).

3. The employment of Berger Singerman, P.A. by the Debtor shall be *nunc pro tunc* to the Petition Date.

4. Berger Singerman, P.A. shall apply for compensation and reimbursement of costs, pursuant to 11 U.S.C. §§ 330 and 331, at its ordinary rates, as they may be adjusted from time to

time, for services rendered and costs incurred on behalf of the Debtor. Berger Singerman, P.A. will apply for compensation and reimbursement of costs.

     5.    This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation of this Order.

# # #

Submitted by:
Arthur J. Spector, Esq.
BERGER SINGERMAN, P.A.
350 E. Las Olas Boulevard
10th Floor
Fort Lauderdale, FL 33301
Tel. (954) 525-9900
Fax (954) 523-2872
aspector@bergersingerman.com

Copy furnished to:
Arthur J. Spector, Esq.
*(Attorney Spector is directed to serve a copy of this Order upon all interested parties upon receipt and file a Certificate of Service.)*