UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:   Chapter 11

LUCKY CHASE II, LLC,   Case No.: 09-18087-BKC-RAM

Debtor.
_____/

### NOTICE OF FILING-LIST OF ASSUMED CONTRACTS

COMES NOW the proposed buyer, Jorge Luis Cruz, by and through his undersigned attorney and hereby files the list of assumed contracts.

1.   None

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly mailed to Genovese Joblove & Battista, P.A., Attn: Glenn D. Moses, Esq., 100 S.E. 2nd Street, Suite 4400, Miami, Florida 33131, on this ___ day of November, 2010.

MARIO A. LAMAR, P.A.
3971 S.W. 8 Street, Suite 305
Miami, Florida 33134
305/442-4748

BY: _____
MARIO A. LAMAR, ESQ.