UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

In re:                                                              Chapter 11

LUCKY CHASE II, LLC,                                 Case No.: 09-18087-BKC-RAM

    Debtor.
_____/

NOTICE OF FILING-LIST OF ASSUMED LIABILITIES

COMES NOW the proposed buyer, Jorge Luis Cruz, by and through his undersigned attorney and hereby files the list of assumed liabilities.

1.   None

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was duly mailed to Genovese Joblove & Battista, P.A., Attn: Glenn D. Moses, Esq., 100 S.E. 2nd Street, Suite 4400, Miami, Florida 33131, on this 2 day of November, 2010.

MARIO A. LAMAR, P.A.
3971 S.W. 8 Street, Suite 305
Miami, Florida 33134
305/442-4748

BY: _____
       MARIO A. LAMAR, ESQ.