**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**Miami Division**
**www.flsb.uscourts.gov**

In re:

LUCKY CHASE II, LLC

Case No. 09-18087-BKC-RAM
Chapter 11
(Jointly Administered)

_____/

**NOTICE OF FILING SUCCESSFUL BIDDER'S LIST OF**
**ASSUMED CONTRACTS AND ASSUMED LIABLITIES**

KENNETH A. WELT, Chapter 11 Trustee (the "Trustee") for the estate of Lucky Chase II, LLC, together with V&E Real Estate Investments & Management, LLC (the "Successful Bidder"), pursuant to Sections 3 and 8.1 of the Purchase and Sale Agreement between the Trustee and the Successful Bidder, hereby files the Successful Bidder's (i) Final Schedule of Assumed Contracts (**Schedule A)** and (ii) Final Schedule of Assumed Liabilities (**Schedule B**).

Respectfully Submitted this 2nd Day of November, 2010.

        GENOVESE JOBLOVE & BATTISTA, P.A.
        Attorneys for Chapter 11 Trustee
        100 Southeast Second Street, Suite 4400
        Miami, Florida 33131
        Telephone: (305) 349-2300
        Facsimile : (305) 349-2310

        By: /s/ Michael L. Schuster_____
            Glenn D. Moses
            Florida Bar No. 174556
            gmoses@gjb-law.com
            Michael L. Schuster
            Florida Bar No. 57119
            mschuster@gjb-law.com

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served via CM/ECF upon all parties listed below this 2nd day of November 2010.

By: /s/ Michael L. Schuster
Michael L. Schuster

**SERVICE LIST**

**VIA CM/ECF**

Melissa Alagna on behalf of Creditor Amtrust Bank
mma@segallgordich.com

Brett M Amron on behalf of Interested Party Association Financial Services, L.C.
bamron@bastamron.com,jeder@bastamron.com,dquick@bastamron.com,kparrales@bastamron.com,ashaheed@bastamron.com

Lawrence Gordich on behalf of Creditor Federal Deposit Insurance Corporation
LAG@segallgordich.com, cmp@segallgordich.com

Maurice Hinton on behalf of Creditor Sachs Sax Caplan
mhinton@ssclawfirm.com, nmurdock@ssclawfirm.com

Miami-Dade County Tax Collector (Lugo)
mdtcbkc@miamidade.gov

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Steven D Schneiderman on behalf of U.S. Trustee Office of the US Trustee
Steven.D.Schneiderman@usdoj.gov

Arthur J Spector on behalf of Attorney Arthur Spector
aspector@bergersingerman.com, efile@bergersingerman.com

Deborah Talenfeld on behalf of Debtor Lucky Chase II, LLC
dtalenfeld@bergersingerman.com, efile@bergersingerman.com,

Melinda S Thornton on behalf of Creditor Miami-Dade County Tax Collector (Lugo)
cao.bkc@miamidade.gov

Kenneth A Welt
court@trusteeservices.biz, fl10@ecfcbis.com;pacerfilings@gmail.com

## SCHEDULE A

## ASSUMED CONTRACTS

| CONTRACT COUNTER-PARTY | NATURE OF CONTRACT/LEASE |
|---|---|
| Residential Tenants Listed on Attached Schedule A-1[1] | Residential Lease Agreements Listed on Attached Schedule A-1 |
| DeltaFive Security<br>12250 SW 132nd Ct., Unit # 108<br>Miami, FL 33186 | Security Services Agreement dated August 31, 2010 for provision of security personnel and related security services on Debtor's premises |
| Procom Property Management Group<br>4909 SW 74 Ct<br>Miami, FL 33155 | Property Management Agreement effective as of July 9, 2010 |

---

[1] Tenant names have been omitted to protect the confidentiality of third-parties.

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| A | 103 | $900.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | | 800.00 |
| A | 104 | $850.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | |
| A | 105 | $1,000.00 | 03/31/10 | 03/30/11 | CURRENT | 0 | | 199.00 |
| A | 106 | $800.00 | 08/01/10 | 07/31/11 | DELINQUENT | 1 | 500.00 | |
| A | 114 | $735.00 | 11/01/09 | 10/31/10 | DELINQUENT/ STIPULATION AGREEMENT | 4.5 | 505.00 | |
| A | 203 | $950.00 | 03/01/10 | 02/28/11 | CURRENT | 0 | | 950.00 |
| A | 205 | $917.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | | 1,100.00 |
| A | 207 | $1,100.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | | 500.00 |
| A | 208 | $1,009.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | |
| A | 209 | $800.00 | 10/01/10 | 09/30/11 | CURRENT | 0 | 500.00 | |
| A | 211 | $1,000.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | | 1,250.00 |
| A | 212 | $850.00 | 03/31/10 | 03/30/11 | CURRENT | 0 | | 774.00 |
| A | 213 | $730.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | 500.00 | |
| A | 214 | $700.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | |
| A | 216 | $1,100.00 | 11/01/09 | 10/31/10 | DELINQUENT | 2 | | 500.00 |
| B | 103 | $734.00 | 03/31/10 | 02/28/11 | CURRENT | 0 | 500.00 | |
| B | 104 | $825.00 | 09/03/10 | 09/02/11 | CURRENT | 0 | | 410.00 |
| B | 105 | $800.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | | 800.00 |
| B | 110 | $700.00 | 02/01/10 | 01/31/11 | CURRENT | 0 | 500.00 | |
| B | 111 | $734.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | | 500.00 |
| B | 112 | $700.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | 500.00 | |
| B | 114 | $800.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 800.00 |
| B | 204 | $700.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | 500.00 | |
| B | 207 | $800.00 | 11/07/09 | 11/06/10 | EVICTION | 6.5 | | 500.00 |
| B | 209 | $734.00 | 01/14/10 | 01/13/11 | DELINQUENT | 1 | 500.00 | |
| B | 210 | $735.00 | 03/01/10 | 02/28/11 | DELINQUENT/ STIPULATION AGREEMENT | 3 | | 500.00 |
| B | 211 | $700.00 | 10/01/10 | 09/30/11 | DELINQUENT/ STIPULATION AGREEMENT | 7.2 | | 400.00 |
| B | 212 | $734.00 | 07/01/10 | 06/30/11 | CURRENT | 0 | | 500.00 |

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| BB | 107 | $850.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | | 850.00 |
| BB | 108 | $800.00 | 03/31/10 | 03/30/11 | CURRENT | 0 | | 420.00 |
| BB | 109 | $500.00 | 01/01/10 | 12/31/10 | DELINQUENT | 1 | | 800.00 |
| BB | 112 | $950.00 | 04/01/10 | 03/31/11 | DELINQUENT | 2 | | 199.00 |
| C | 103 | $800.00 | 09/01/10 | 08/30/11 | CURRENT | 0 | | 800.00 |
| C | 105 | $800.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | | 800.00 |
| C | 107 | $800.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | | 500.00 |
| C | 108 | $734.00 | 08/10/10 | 08/09/11 | CURRENT | 0 | 500.00 | |
| C | 201 | $734.00 | 05/16/10 | 12/31/10 | CURRENT | 0 | 500.00 | |
| C | 202 | $600.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | | - |
| C | 203 | $700.00 | 03/31/10 | 03/30/11 | DELINQUENT | 1 | | 500.00 |
| C | 207 | $700.00 | 04/10/10 | 04/09/11 | CURRENT | 0 | 500.00 | |
| CC | 101 | $734.00 | 08/21/10 | 08/20/11 | CURRENT | 0 | 500.00 | |
| CC | 103 | $350.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | | - |
| CC | 104 | $900.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | | 500.00 |
| CC | 105 | $960.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | 500.00 | - |
| D | 104 | $800.00 | 12/29/09 | 12/28/10 | CURRENT | 0 | - | - |
| D | 105 | $1,000.00 | 07/01/10 | 06/30/11 | CURRENT | 0 | | 1,000.00 |
| D | 106 | $975.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 950.00 |
| D | 108 | $1,250.00 | 01/01/10 | 12/31/10 | EVICTION | 3.7 | | 1,250.00 |
| D | 202 | $1,100.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | - |
| D | 203 | $975.00 | 01/01/10 | 12/31/10 | DELINQUENT | 2 | | 950.00 |
| D | 204 | $1,000.00 | 03/01/10 | 02/28/11 | CURRENT | 0 | | 1,000.00 |
| D | 206 | $975.00 | 04/28/10 | 04/27/11 | DELINQUENT | 1 | | 770.00 |
| D | 208 | $1,200.00 | 03/18/10 | 03/17/11 | CURRENT | 0 | | 1,200.00 |
| DD | 102 | $734.00 | 10/31/09 | 10/30/10 | CURRENT | 0 | 500.00 | - |
| E | 101 | $700.00 | 09/01/10 | 08/30/11 | EVICTION | 5.6 | 500.00 | - |
| E | 102 | $734.00 | 04/24/10 | 04/23/11 | CURRENT | 0 | 500.00 | - |

| Bldg/ Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| E | 103 | $700.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | 301.00 | - |
| E | 104 | $800.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | | 500.00 |
| E | 105 | $700.00 | 10/01/10 | 09/30/11 | CURRENT | 0 | 500.00 | - |
| E | 107 | $917.00 | 02/01/10 | 01/31/11 | CURRENT | 0 | 500.00 | - |
| E | 108 | $1,000.00 | 10/01/09 | 09/30/10 | CURRENT | 0 | | 400.00 |
| E | 109 | $1,015.00 | 06/01/10 | 05/31/11 | DELINQUENT | 2 | | 520.00 |
| E | 110 | $917.00 | 03/18/10 | 03/17/11 | CURRENT | 0 | 500.00 | - |
| E | 112 | $1,000.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | - |
| E | 115 | $800.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | |
| E | 119 | $734.00 | 08/11/10 | 08/10/11 | CURRENT | 0 | 500.00 | - |
| E | 201 | $700.00 | 06/01/10 | 05/31/11 | DELINQUENT/ STIPULATION AGREEMENT | 4 | 500.00 | - |
| E | 202 | $700.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | - |
| E | 203 | $800.00 | 07/01/10 | 06/30/11 | CURRENT | 0 | | 400.00 |
| E | 207 | $900.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | 500.00 | - |
| E | 211 | $1,100.00 | 02/09/10 | 02/08/11 | DELINQUENT/ STIPULATION AGREEMENT | 3.1 | | 1,100.00 |
| E | 215 | $850.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 350.00 |
| E | 218 | $800.00 | 10/09/09 | 10/08/10 | CURRENT | 0 | | 500.00 |
| E | 219 | $734.00 | 10/18/10 | 10/17/11 | CURRENT | 0 | 500.00 | |
| F | 102 | $734.00 | 06/27/10 | 06/26/11 | CURRENT | 0 | 500.00 | - |
| F | 106 | $734.00 | 02/22/10 | 02/21/11 | CURRENT | 0 | 500.00 | - |
| F | 110 | $700.00 | 07/01/10 | 01/31/11 | CURRENT | 0 | 500.00 | - |
| F | 111 | $1,000.00 | 06/18/10 | 06/17/11 | CURRENT | 0 | 500.00 | - |
| F | 202 | $734.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | 500.00 | - |
| F | 204 | $734.00 | 03/01/10 | 02/28/11 | DELINQUENT | 1.5 | 500.00 | - |
| F | 206 | $734.00 | 06/01/10 | 05/03/11 | CURRENT | 0 | 500.00 | - |
| F | 207 | $877.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | | 225.00 |
| F | 210 | $734.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | 500.00 | - |
| F | 212 | $1,200.00 | 11/01/09 | 10/31/10 | CURRENT | 0 | | 850.00 |

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| FF | 101 | $1,000.00 | 01/09/10 | 01/08/11 | CURRENT | 0 |  | 500.00 |
| FF | 103 | $950.00 | 02/09/10 | 02/08/11 | CURRENT | 0 |  | 900.00 |
| FF | 105 | $900.00 | 10/01/10 | 09/30/11 | CURRENT | 0 | 500.00 |  |
| FF | 107 | $900.00 | 04/01/10 | 03/30/11 | CURRENT | 0 | 500.00 | - |
| FF | 108 | $900.00 | 03/01/10 | 02/28/11 | CURRENT | 0 | 500.00 | - |
| FF | 109 | $917.00 | 06/01/10 | 05/31/11 | DELINQUENT | 1 | 500.00 | - |
| G | 101 | $917.00 | 06/27/10 | 06/26/11 | CURRENT | 0 | 500.00 | - |
| G | 103 | $917.00 | 06/12/10 | 06/11/11 | CURRENT | 0 | 500.00 | - |
| G | 104 | $900.00 | 07/02/10 | 07/01/11 | CURRENT | 0 | 500.00 | - |
| G | 106 | $1,000.00 | 06/01/10 | 05/31/11 | EVICTION | 2 | 500.00 | - |
| G | 107 | $1,050.00 | 05/01/10 | 04/30/11 | CURRENT | 0 |  | 300.00 |
| G | 203 | $950.00 | 10/01/09 | 09/30/10 | CURRENT | 0 |  | 950.00 |
| G | 204 | $900.00 | 11/01/09 | 10/31/10 | CURRENT | 0 | 500.00 | - |
| G | 210 | $1,100.00 | 04/01/10 | 03/30/11 | DELINQUENT | 1 | 500.00 | - |
| GG | 106 | $850.00 | 08/14/10 | 08/13/11 | DELINQUENT | 1 | 500.00 | - |
| H | 104 | $975.00 | 01/01/10 | 12/31/10 | CURRENT | 0 |  | 950.00 |
| H | 106 | $1,000.00 | 08/07/10 | 08/06/11 | CURRENT | 0 | 500.00 | - |
| H | 107 | $917.00 | 04/01/10 | 03/30/11 | CURRENT | 0 | 500.00 | - |
| H | 108 | $917.00 | 08/13/10 | 08/11/11 | CURRENT | 0 | 500.00 | - |
| H | 202 | $1,000.00 | 11/01/09 | 10/31/10 | CURRENT | 0 |  | 1,000.00 |
| H | 208 | $917.00 | 02/22/10 | 02/21/11 | CURRENT | 0 | 500.00 | - |
| HH | 104 | $734.00 | 08/11/10 | 07/31/11 | CURRENT | 0 | 500.00 | - |
| HH | 106 | $734.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | - |
| HH | 110 | $950.00 | 04/01/10 | 03/31/11 | DELINQUENT/ STIPULATION AGREEMENT | 8 |  | 950.00 |
| HH | 112 | $734.00 | 09/30/10 | 09/29/11 | CURRENT | 0 | 500.00 | - |
| HH | 113 | $734.00 | 07/14/10 | 02/14/11 | CURRENT | 0 | 500.00 | - |
| HH | 116 | $850.00 | 04/01/10 | 03/31/11 | DELINQUENT | 1 |  | 850.00 |
| HH | 201 | $1,150.00 | 09/01/10 | 08/31/11 | CURRENT | 0 |  | 1,150.00 |

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| HH | 206 | $700.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | - |
| J | 101 | $1,200.00 | 11/01/09 | 10/31/10 | CURRENT | 0 | | 199.00 |
| J | 102 | $1,200.00 | 04/01/10 | 03/30/11 | CURRENT | 0 | | 1,200.00 |
| J | 104 | $400.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | | - |
| J | 106 | $750.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | 350.00 | - |
| J | 108 | $1,000.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | 500.00 | - |
| J | 109 | $1,000.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | | 950.00 |
| J | 111 | $734.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | - |
| J | 113 | $700.00 | 10/01/10 | 09/30/11 | CURRENT | - | 500.00 | |
| J | 114 | $850.00 | 02/09/10 | 02/08/11 | CURRENT | 0 | | 450.00 |
| J | 202 | $1,200.00 | 11/01/09 | 10/31/10 | CURRENT | 0 | | 1,200.00 |
| J | 203 | $850.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | | 850.00 |
| J | 204 | $750.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | | 850.00 |
| J | 206 | $734.00 | 03/01/10 | 02/28/11 | CURRENT | 0 | 500.00 | - |
| J | 210 | $1,100.00 | 11/01/09 | 10/31/10 | CURRENT | 0 | | 1,100.00 |
| J | 211 | $700.00 | 01/14/10 | 01/13/11 | CURRENT | 0 | 500.00 | |
| J | 212 | $734.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | 500.00 | - |
| J | 213 | $700.00 | 05/31/10 | 05/30/11 | CURRENT | 0 | 500.00 | - |
| JJ | 104 | $734.00 | 09/01/10 | 08/31/11 | DELINQUENT | 2 | 500.00 | - |
| JJ | 105 | $800.00 | 07/31/10 | 07/30/11 | CURRENT | 0 | | 800.00 |
| JJ | 107 | $700.00 | 06/30/10 | 06/29/11 | CURRENT | - | | 825.00 |
| JJ | 108 | $800.00 | 09/30/09 | 09/29/10 | DELINQUENT | 1 | 800.00 | - |
| JJ | 111 | $734.00 | 04/10/10 | 04/09/11 | CURRENT | 0 | 500.00 | - |
| JJ | 112 | $800.00 | 01/14/10 | 01/13/11 | EVICTION | 7 | | 500.00 |
| JJ | 114 | $734.00 | 05/11/10 | 05/10/11 | CURRENT | 0 | 500.00 | - |
| JJ | 201 | $1,200.00 | 01/01/10 | 12/30/10 | CURRENT | 0 | | 1,200.00 |
| JJ | 208 | $700.00 | 04/01/10 | 03/30/11 | DELINQUENT | 1 | 500.00 | - |
| JJ | 210 | $800.00 | 07/31/10 | 07/30/11 | DELINQUENT | 0 | | 800.00 |

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| JJ | 216 | $1,225.00 | 01/01/10 | 12/30/10 | CURRENT | 3 | | 500.00 |
| K | 101 | $1,150.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 500.00 |
| K | 102 | $1,100.00 | 04/16/10 | 04/15/11 | DELINQUENT | 2 | 500.00 | - |
| K | 104 | $950.00 | 09/01/09 | 08/31/10 | DELINQUENT/ STIPULATION AGREEMENT | 3.9 | | 500.00 |
| K | 105 | $1,000.00 | 10/01/10 | 09/30/11 | CURRENT | 0 | 500.00 | |
| K | 107 | $734.00 | 05/15/10 | 05/14/11 | CURRENT | 0 | 500.00 | - |
| K | 108 | $700.00 | 9/14/10 | 09/13/11 | CURRENT | 0 | 500.00 | - |
| K | 110 | $800.00 | 11/01/09 | 10/31/10 | CURRENT | 0 | | 500.00 |
| K | 111 | $700.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | 500.00 | - |
| K | 112 | $850.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 250.00 |
| K | 201 | $1,100.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | 500.00 | - |
| K | 203 | $1,050.00 | 05/01/10 | 04/30/11 | DELINQUENT | 1 | | 1,000.00 |
| K | 208 | $734.00 | 07/19/10 | 07/18/11 | DELINQUENT | 1 | 500.00 | - |
| K | 209 | $734.00 | 01/31/10 | 01/30/11 | DELINQUENT | 1 | 500.00 | - |
| K | 210 | $800.00 | 11/01/09 | 10/31/10 | DELINQUENT | 1 | | 500.00 |
| K | 211 | $800.00 | 08/01/10 | 07/31/11 | DELINQUENT | 1 | | 400.00 |
| K | 212 | $734.00 | 03/12/10 | 03/11/11 | DELINQUENT | 2 | 500.00 | - |
| KK | 103 | $734.00 | 04/22/10 | 04/21/11 | CURRENT | 0 | 500.00 | - |
| KK | 204 | $700.00 | 02/09/10 | 02/08/11 | CURRENT | 0 | | 850.00 |
| L | 101 | $975.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 400.00 |
| L | 102 | $950.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 950.00 |
| L | 107 | $734.00 | 04/01/10 | 03/30/11 | CURRENT | 0 | 500.00 | - |
| L | 109 | $734.00 | 03/22/10 | 03/21/11 | CURRENT | 0 | 500.00 | - |
| L | 110 | $700.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | - |
| L | 111 | $1,000.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | - |
| L | 112 | $1,009.00 | 03/31/10 | 03/30/11 | CURRENT | 0 | | 800.00 |
| L | 113 | $1,009.00 | 07/01/10 | 06/30/11 | DELINQUENT | 2 | 500.00 | - |
| L | 114 | $1,000.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | | 675.00 |

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| L | 115 | $1,198.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 710.00 |
| L | 202 | $917.00 | 06/18/10 | 06/17/11 | CURRENT | 0 | 500.00 | - |
| L | 203 | $1,000.00 | 07/01/10 | 06/30/11 | DELINQUENT | 1 | 500.00 | - |
| L | 208 | $700.00 | 02/01/10 | 01/31/11 | CURRENT | 0 | 500.00 | - |
| L | 209 | $825.00 | 05/01/10 | 04/30/11 | DELINQUENT/ STIPULATION AGREEMENT | 2 | | 800.00 |
| L | 210 | $700.00 | 07/01/10 | 06/30/11 | CURRENT | 0 | 500.00 | - |
| L | 212 | $1,000.00 | 02/24/10 | 02/23/11 | CURRENT | 0 | 500.00 | - |
| L | 213 | $1,050.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | | 500.00 |
| L | 215 | $1,100.00 | 06/01/10 | 05/31/11 | DELINQUENT | 1 | | 500.00 |
| LL | 101 | $700.00 | 03/31/10 | 03/30/11 | CURRENT | 1 | | 1,100.00 |
| M | 101 | $1,100.00 | 08/01/10 | 07/31/11 | DELINQUENT | 1 | | 1,100.00 |
| M | 104 | $917.00 | 04/06/10 | 04/05/11 | CURRENT | 0 | 500.00 | |
| M | 105 | $950.00 | 10/01/09 | 09/30/10 | CURRENT | 0 | | 1,150.00 |
| M | 107 | $850.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 450.00 |
| M | 108 | $800.00 | 04/01/10 | 03/31/11 | EVICTION | 5 | | 500.00 |
| M | 109 | $734.00 | 04/01/10 | 03/30/11 | CURRENT | 0 | 500.00 | |
| M | 110 | $734.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | |
| M | 112 | $1,100.00 | 01/08/10 | 01/07/11 | DELINQUENT | 3 | - | - |
| M | 202 | $1,100.00 | 12/01/09 | 11/30/10 | CURRENT | 0 | 500.00 | |
| M | 205 | $975.00 | 05/01/10 | 04/30/11 | DELINQUENT | 2 | | 500.00 |
| M | 206 | $917.00 | 02/02/10 | 02/01/11 | CURRENT | 0 | 500.00 | |
| M | 207 | $800.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | | 225.00 |
| M | 208 | $734.00 | 03/12/10 | 03/11/11 | CURRENT | 0 | 500.00 | |
| M | 209 | $850.00 | 05/01/10 | 04/30/11 | CURRENT | 0 | | 386.50 |
| M | 210 | $734.00 | 05/03/10 | 05/02/11 | DELINQUENT | 3 | 500.00 | |
| MM | 106 | $734.00 | 05/08/10 | 05/07/11 | CURRENT | 0 | 500.00 | |
| N | 103 | $1,009.00 | 03/19/10 | 03/17/11 | EVICTION | 2 | 500.00 | |
| N | 104 | $1,009.00 | 01/27/10 | 01/26/11 | CURRENT | 0 | 500.00 | |

| Bldg/Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| N | 202 | $1,000.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | 500.00 | |
| N | 204 | $1,000.00 | 03/01/10 | 02/28/11 | CURRENT | 0 | 500.00 | |
| P | 102 | $1,100.00 | 04/01/10 | 03/31/11 | CURRENT | 0 | | 975.00 |
| P | 104 | $1,000.00 | 07/31/10 | 07/30/11 | DELINQUENT | 2 | | 1,000.00 |
| P | 201 | $1,180.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | | 450.00 |
| P | 202 | $917.00 | 01/31/10 | 01/30/11 | CURRENT | 0 | | 500.00 |
| P | 203 | $900.00 | 10/18/10 | 10/17/11 | CURRENT | 0 | 500.00 | |
| P | 204 | $917.00 | 09/22/10 | 09/21/11 | DELINQUENT | 1 | 500.00 | |
| P | 205 | $917.00 | 08/05/10 | 08/04/11 | CURRENT | 0 | 500.00 | |
| P | 206 | $950.00 | 10/01/09 | 09/30/10 | CURRENT | 0 | | 900.00 |
| P | 208 | $800.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | | 800.00 |
| P | 209 | $700.00 | 05/15/10 | 05/14/11 | CURRENT | 0 | 700.00 | |
| P | 210 | $800.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | | 800.00 |
| P | 212 | $825.00 | 07/01/10 | 06/30/11 | DELINQUENT | 3 | | 825.00 |
| R | 101 | $850.00 | 04/01/10 | 03/31/11 | DELINQUENT | 2 | | 300.00 |
| R | 103 | $950.00 | 07/01/10 | 06/30/11 | DELINQUENT | 2 | | 500.00 |
| R | 104 | $1,100.00 | 07/16/10 | 07/15/11 | DELINQUENT/ STIPULATION AGREEMENT | 3.9 | 500.00 | |
| R | 107 | $700.00 | 07/01/09 | 06/30/10 | DELINQUENT/ STIPULATION AGREEMENT | 6 | | 500.00 |
| R | 110 | $734.00 | 06/01/10 | 05/31/11 | CURRENT | O | 500.00 | |
| R | 112 | $1,100.00 | 02/22/10 | 02/21/11 | CURRENT | O | 500.00 | |
| R | 201 | $800.00 | 10/01/10 | 09/31/11 | CURRENT | O | | 800.00 |
| R | 202 | $734.00 | 06/18/10 | 06/17/11 | DELINQUENT | 3 | 500.00 | |
| R | 203 | $1,000.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | | 500.00 |
| R | 204 | $1,009.00 | 12/01/09 | 11/30/10 | EVICTION | 5 | | 500.00 |
| R | 206 | $975.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | |
| R | 207 | $700.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | |
| R | 208 | $734.00 | 08/01/10 | 07/31/11 | CURRENT | 0 | 500.00 | |
| R | 209 | $700.00 | 07/03/10 | 07/02/11 | CURRENT | 0 | 500.00 | |

| Bldg/ Unit # | Unit | Rent | Lease Start Date | Lease End Date | Lease Status (Current/Delinquent/Eviction) | Months Delinquent | Post Petition Deposit | Pre-Petition Deposit |
|---|---|---|---|---|---|---|---|---|
| R | 210 | $734.00 | 03/01/10 | 02/28/11 | EVICTION | 6 | 500.00 | |
| R | 211 | $1,100.00 | 05/23/10 | 05/22/11 | DELINQUENT/ STIPULATION AGREEMENT | 6 | 500.00 | |
| R | 212 | $1,100.00 | 05/15/10 | 05/14/11 | EVICTION | 3 | 950.00 | |
| S | 102 | $1,009.00 | 02/19/10 | 02/18/11 | CURRENT | 0 | 500.00 | |
| S | 105 | $734.00 | 02/01/10 | 01/31/11 | CURRENT | 0 | 500.00 | |
| S | 107 | $800.00 | 07/01/10 | 06/30/11 | CURRENT | 0 | | 800.00 |
| S | 109 | $700.00 | 09/04/10 | 09/03/11 | CURRENT | 0 | 500.00 | |
| S | 111 | $734.00 | 09/17/10 | 09/16/11 | CURRENT | 0 | 500.00 | |
| S | 201 | $917.00 | 09/01/10 | 08/31/11 | DELINQUENT | 3 | 500.00 | |
| S | 205 | $700.00 | 06/01/10 | 05/31/11 | CURRENT | 0 | 500.00 | |
| S | 206 | $850.00 | 01/01/10 | 12/31/10 | CURRENT | 0 | | 300.00 |
| S | 209 | $734.00 | 07/01/10 | 06/30/11 | CURRENT | 0 | 500.00 | |
| S | 210 | $734.00 | 09/01/10 | 08/31/11 | CURRENT | 0 | 500.00 | |
| S | 211 | $800.00 | 01/01/10 | 12/31/10 | EVICTION | 4 | | 500.00 |
| S | 212 | $700.00 | 10/10/09 | 10/09/10 | DELINQUENT/ STIPULATION AGREEMENT | 4 | 500.00 | |
| | | | | | | | $ 65,106.00 | $ 72,987.50 |

## Schedule B

## Assumed Liabilities

1. Liabilities (such as cure costs and adequate assurance of future performance) related to Assumed Contracts.